

FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0426

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0426

JESUS VILLANUEVA,

      Petitioner and Appellant,

v.

                                      O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

Appellant Jesus Villanueva has filed a motion for a 90-day extension of time to file his opening brief. He has also filed a motion for appointment of counsel.

Having considered and denied Villaneuva's motion for appointment of counsel twice previously, we decline to consider it again. Therefore,

IT IS HEREBY ORDERED that Appellant has until January 30, 2024, to file his opening brief.

IT IS FURTHER ORDERED that the motion for appointment of counsel is DENIED.

DATED this 23 day of October, 2023.

For the Court,

_____
Chief Justice